Robert L. Brace, Esq., SBN 122240
Email:  rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711
Facsimile:  (805) 965-0329

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ASM Capital, LP, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD H. OKUN, et al.<br><br>Defendants. | **Case No.  C 11-04825 PJH**<br><br>**Assigned to the Hon. Phyllis Hamilton**<br><br>**STIPULATION TO STAY CASE AGAINST THE CORDELL DEFENDANTS PENDING CONSUMMATION OF CLASS SETTLEMENT; [~~PROPOSED~~] ORDER** |

The ASM Plaintiffs and the Cordell Defendants[1] (collectively, "the Parties") hereby stipulate to stay this matter as follows:

Another action entitled *Hunter, et al. v. Citibank, et al.*, Case No. C ~~09-2795~~ 09-2079 JW ("*Hunter II*") is pending before Judge James Ware. *Hunter II*, which was filed as a class action and names the Cordell Defendants, and alleges the same facts as those alleged in the above-captioned matter, *ASM Capital v. Edward Okun, et al.*, Case No.C 11-4825 PJH (hereinafter, "*Hunter III*").

This case, *Hunter III*, was filed against the Cordell Defendants after Judge Ware denied

---

[1] The Cordell Defendants include: CORDELL FUNDING, LLLP, a Florida Limited Liability Limited Partnership; CORDELL CONSULTANTS, INC., a New York Corporation; CORDELL MONEY PURCHASE PLAN, a QUALIFIED RETIREMENT PLAN TRUST; CORDELL CONSULTANTS, NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, an individual and such other Cordell entities controlled by Robin Rodriguez.

1  class certification in *Hunter II*.  After denying class certification based on a contested motion, the
2  Plaintiffs in *Hunter II* and the Cordell Defendants entered into a settlement agreement, which
3  conditions the settlement on class certification.
4       On December 2, 2011, the Plaintiffs in *Hunter II* filed a Motion for Preliminary Approval
5  of their settlement with the Cordell Defendants (see Case No. C 09-2079 ~~09-2795~~, Dkt. 587).  If the Court
6  grants preliminary approval of the settlement, if there are no opt outs, and the Court grants final
7  approval of the settlement, then the *Hunter II* case will be concluded.  The conclusion of the
8  *Hunter II* case will also conclude this case (*Hunter III*) as to the Cordell Defendants.
9       Therefore, in the interest of saving the court's resources, the Parties request that this
10 matter, as to the Cordell Defendants only, be stayed until the conclusion of the settlement
11 approval process.  If the settlement is consummated, this case will be dismissed as to the Cordell
12 Defendants.  If the settlement is not consummated, the Parties shall notify the Court, at which
13 time the Parties will request the Court to lift the stay.
14
15 IT IS SO STIPULATED.
16                                                 HOLLISTER & BRACE
17
18 Dated:   January 31, 2012      By:     /s/
19                                                Robert L. Brace
20                                                Attorneys for the ASM Plaintiffs
21                                   GILBERT PA | YARNELL PLLC
22
23 Dated:   January  31, 2012     By:     /s/
24                                                Irwin Gilbert
25                                                Attorneys for the Cordell Defendants
26
27
28

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Robert L. Brace, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the other signatory listed below. I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on January 31, 2012, in Santa Barbara, California.

**HOLLISTER & BRACE**

By: _____/s/_____
ROBERT L. BRACE
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711

Attorneys for the ASM Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation entered into by the Parties, and good cause appearing, it is HEREBY ORDERED that this litigation is stayed against the Cordell Defendants.

IT IS FURTHER ORDERED that the Parties will notify the Court when the settlement in the *Hunter II* class action (Case No. C 09-2079 ~~09-2795~~ JW) has been finalized, at which time the case against the Cordell Defendants will be dismissed.  If the settlement is not consummated, then the stay will be lifted and the matter shall proceed against the Cordell Defendants.

**IT IS SO ORDERED.**

2/2/12

_____
HON. _____ LTON ~~ITON~~
____ CT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)