Robert L. Brace, Esq., SBN 122240
Email:  rlbrace@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: (805) 963-6711
Facsimile:  (805) 965-0329

*Attorneys for the ASM Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ASM Capital, LP, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD H. OKUN, et al.<br><br>Defendants. | Case No.  C 11-04825 PJH<br><br>**Assigned to the Hon. Phyllis Hamilton**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER] STAYING CASE** |

WHEREAS, on March 7, 2012, the Court held a hearing on the Motion to Dismiss the plaintiff's complaint (hereinafter, the "ASM Complaint") filed by Silicon Valley Law Group ("SVLG");

WHEREAS, the ASM Complaint was filed by twenty-four 1031 Exchangers doing business with 1031 Advance;

WHEREAS, another action is pending before Judge Ware entitled *Hunter, et al. v. Citibank, N.A., et al*, Case No. C 09-2079-JW (hereinafter, "*Hunter II*").  In *Hunter II,* another 1031 Advance Exchanger is suing SVLG for the same facts and same causes of action raised in the ASM Complaint;

WHEREAS, the Bankruptcy Trustee of 1031 Advance filed an action against SVLG entitled *Gerard A. McHale, P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust v. Silicon Valley Law Group*, Case No. C 10-4864 JW (the "McHale Case").  This case was deemed as related to *Hunter II,* and is also pending before Judge Ware;

**1**
**STIPULATION AND [PROPOSED] ORDER STAYING CASE**
Case No. C 11-4825-PJH

1     WHEREAS, the *Hunter II* and McHale cases are set for trial in October 2012;

2     WHEREAS, at the hearing on SVLG's Motion to Dismiss, the Court stayed the above-

3 captioned action pending resolution of *Hunter II* and McHale cases, and this stipulation is

4 entered into by the parties to effectuate the Court's desire to stay the action;

5     THEREFORE, the Parties agree to stay this action until the conclusion of *Hunter II,* in

6 order to save resources and the Court's time.

7

8 **IT IS SO STIPULATED:**

9 Dated: March 19, 2012                          HOLLISTER & BRACE

10                                                 /s/

11                                        ROBERT L. BRACE
                                       *Attorney for the ASM Plaintiffs*

12

13 Dated: March 19, 2012                          LERCH STURMER LLP

14                                                 /s/

15                                        DEBRA STURMER
16                                      *Attorney for Defendant Silicon Valley Law Group*

17

18

19                                            **ORDER**

20     NOW, THEREFORE, and for good cause appearing, the Court ORDERS THAT this

21 action is stayed until the conclusion of the *Hunter II* and McHale cases.  The Parties will notify

22 the Court that the stay should be lifted or the case dismissed, after the conclusion of the *Hunter II*

23 and McHale cases.

24

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27  Dated: 3/20/12                                _____
                                       HON. PHYLLIS HAMILTON
28                                      UNITED STATES DISTRICT