UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASM CAPITAL, LP, et al.,

    Plaintiffs,

    v.

EDWARD OKUN, et al.,

    Defendants.
_____/

No. C 11-4825 PJH

**ORDER**

The court is in receipt of a letter from defendant Edward Okun, seeking an order compelling responses to discovery requests. The motion is DENIED, without prejudice to refiling it as necessary at the appropriate time. Per the order issued on March 20, 2012 (which was served on defendant Okun), this case is stayed pending the conclusion of Hunter v. Citibank, Case No. C-09-2079 JW. Moreover, even were the case not stayed, discovery has not opened.

**IT IS SO ORDERED.**

Dated: May 14, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge