UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASM CAPITAL, LP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDWARD H. OKUN, et al.,<br><br>    Defendants. | Case No.  11-cv-04825-WHO<br><br>**ORDER REQUIRING JOINT CASE STATUS REPORT** |

On March 20, 2012, this case was stayed pending the outcome of a malpractice action pending before Judge Spero.  Docket No. 34; *see also McHale v. Silicon Valley Law Group*, Case No. 10-cv-04864-JCS.  On or before October 31, 2013, and every six months thereafter until the the stay is lifted, the parties shall file a Joint Notice of Case Status informing the Court of the status of the *McHale* action and their plans with respect to this action.

**IT IS SO ORDERED**.

Dated: October 17, 2013

_____
WILLIAM H. ORRICK
United States District Judge