UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASM CAPITAL, LP, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>EDWARD H. OKUN, et al.,<br><br>           Defendants. | Case No.  11-cv-04825-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 51 |

Pursuant to stipulation for dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with prejudice**. The Clerk shall close the case.

Dated: December 10, 2013



WILLIAM H. ORRICK
United States District Judge